IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO.: 5:99CR31-V

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| BRYANT G. STEWART, | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the Court on Defendant's *Pro Se* Motion For Termination Of Supervised Release, filed June 16, 2008. (Document #40) The Government did not submit a response to Defendant's motion.

On August 10, 2000, Defendant was sentenced to eighty-four months imprisonment for violating 21 U.S.C. § 846. Defendant has since completed his active sentence, and is currently serving a four-year term of supervised release.

Defendant requests that his supervised release be terminated as successfully completed pursuant to 18 U.S.C. §3583(e). In support of his motion, Defendant represents that he has been on supervised release for two years without incident. Defendant further states that he is currently employed, but is limited in his duties by his status as one under court supervision.[1] Although Defendant has not yet completed two-thirds of his term of supervised release,[2] Defendant's supervising probation officer, Gregg Henderson, advises that Defendant reports for visits as directed, that Defendant has been permitted to engage in work-related travel out of district and has not experienced any difficulty, that all of Defendant's urinalysis tests have been negative, and that NCIC

---

[1] "I applied for a position with DZ Atlantic Group, and I was hired, but I am limited to where I can work with this company. I am not allowed to work inside of the protected area of any Nuclear Power Plant due to me being on probation." (Def.'s Mot. at 2.)

[2] As a matter of practice, the U.S. Probation Department in this district does not typically *recommend* early termination of supervision until a defendant has completed two-thirds of the term of supervised release.

1

(as well as state and local records) confirms Defendant has not had any new arrests. Therefore, the Court, in its discretion, will authorize early termination of supervision.

**IT IS, THEREFORE, ORDERED THAT:**

1) Defendant's Motion To Terminate Supervised Release is hereby **GRANTED**; and

2) The Deputy Clerk shall forward a copy of this Order to the Defendant, Defense Counsel, U.S. Attorney's Office, and U.S. Probation.

Signed: August 12, 2008

Richard L. Voorhees
United States District Judge